# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 68 WM 2016

v.

PAUL D. MORRISROE

:
:
:
:
:
:
:
:
:
: Court of Common Pleas of McKean
: County, Criminal Division, No. 451 CR
: 2015 – Change of Venue

## AMENDED ORDER

**PER CURIAM**

**AND NOW**, this _20_ day of June, 2016, the order dated June 3, 2016, directing a change of venire, is hereby amended as follows:

The Honorable John H. Pavlock of the Court of Common Pleas of McKean County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that the case shall be transferred to Venango County in compliance with Pa.R.Crim.P. 584.

_____
Chief Justice